# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Steven C. Mannion |
| v. | Mag. No. 15-6066 |
| MICHAEL REYNOLDS and JAMES PICKARD | **ORDER FOR A CONTINUANCE** |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Meredith J. Williams, Assistant United States Attorney), and defendant James Pickard (by Chester Keller, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through December 15, 2015 to permit the parties reasonable time necessary to allow for the preparation of the Rule 11 hearing; and the defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18, United States Code, Section 3161(b); and four prior continuances having been entered; and the defendant, through his attorney, having consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The parties have signed a plea and need additional time to prepare for the Rule 11 hearing, which is currently scheduled for December 15, 2015;

(2) The defendant has consented to the aforementioned continuance;

(3) The grant of a continuance will likely conserve judicial resources; and

(4) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 23 day of November, 2015;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through December 15, 2015; and it is further

ORDERED that the period from the date this Order is signed through December 15, 2015 shall be excludable in computing time under the Speedy Trial Act of 1974.

HONORABLE STEVEN C. MANNION
United States Magistrate Judge
15-6066

Form and entry consented to:

Meredith J. Williams
Assistant U.S. Attorney

Zach Intrater
Chief, General Crimes

Lisa Colone
Deputy Chief, Criminal Division

Chester Keller, Esq.
Counsel for Defendant James Pickard

RECEIVED IN THE CHAMBERS OF

NOV 23 2015

TIME:_____M
HON. STEVEN C. MANNION, U.S.M.J.

2